# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152076(50)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CONNER CHANNING MCCOWAN,
      Defendant-Appellant.

_____/

SC: 152076
COA: 319475
Ingham CC: 13-000363-FC

On order of the Chief Justice, the motion of defendant-appellant for leave to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 87-page application submitted on July 30, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015

